IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDREW WILKERSON,**

    Plaintiff,

v.

**COLETTE PETERS**, Director, Oregon Department of Corrections; **CAPTAIN STEVEN BOSTON**, correction staff; **JOHN DOES 1-4**, correctional officers; **DR. DIAMOND**; **DR. VELEZ**,

    Defendants.

No. 2:18-cv-01727-MO

OPINION AND ORDER

**MOSMAN, J.,**

    Defendants in this case filed a Motion to Dismiss for Failure to State a Claim [15], which this court granted on September 6, 2019. [21]. I granted Plaintiff leave to amend his complaint within thirty (30) days of that order, and Plaintiff was later granted an extension of time. [23]. Plaintiff's amended complaint was due November 21, 2019. Plaintiff did not file an amended complaint, and this court entered an Order to Show Cause [26] that directed Plaintiff to file an amended complaint by December 26, 2019, or have the case dismissed for lack of prosecution. Plaintiff did not file an amended complaint by that deadline, and as of the date of this order, has filed no additional documents with the court.

//

//

//

//

1 – ORDER AND OPINION

Therefore, IT IS ORDERED that any and all of Plaintiff's claims for relief be dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

DATED this 15 day of January, 2020.

_____
MICHAEL W. MOSMAN
United States District Judge